**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**SAMANTHA L. GARRETT,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　**Case No.: 8:17-cv-02874-VMC-AAS**

**UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES,**

    **Defendant.**
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

____  IS　　　　　related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

 X   IS NOT　　　related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

                            Respectfully submitted,

                            /s/Thomas M. Gonzalez
                            Thomas M. Gonzalez
                            Florida Bar No. 192341
                            Sacha Dyson
                            Florida Bar No. 509191
                            Thompson, Sizemore, Gonzalez
                            & Hearing, P.A.
                            Street: 201 North Franklin Street, Suite 1600
                            Tampa, Florida 33602
                            Mail: Post Office Box 639
                            Tampa, Florida 33601
                            Telephone: 813-273-0050
                            tgonzalez@tsghlaw.com
                            sdyson@tsghlaw.com

and

Joanne M. Adamchak
Florida Bar No. 943037
Associate General Counsel
Office of the General Counsel
University of South Florida
4202 E. Fowler Avenue, CGS 301
Tampa, FL  33620-4301
Telephone: 813-974-2131
jadamcha@usf.edu
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 19th day of January, 2018, by CM/ECF electronic filing to the Clerk of Court and to the following:

Michael T. Dolce
Cohen Milstein Sellers & Toll, PLLC
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL 33410
mdolce@cohenmilstein.com
Attorney for Plaintiff

/s/Thomas M. Gonzalez
Attorney