UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA L. GARRETT,

    Plaintiff,

v.                              Case No. 8:17-cv-2874-T-33AAS

UNIVERSITY OF SOUTH FLORIDA BOARD
OF TRUSTEES,

    Defendant.
_____/

**ORDER**

This matter comes before the Court sua sponte. Due to a personal matter, the Court determines that it is appropriate to recuse herself from these proceedings. See 28 U.S.C. § 455(a).

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

1. The undersigned is recused from this case.
2. The Clerk of Court is directed to reassign this case pursuant to its normal procedures.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 24th day of January, 2018.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE