UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA L. GARRETT,

      Plaintiff,

v.                                      CASE NO. 8:17-cv-2874-T-23AAS

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES,

      Defendant.

_____/

## ORDER

The January 22, 2018 order (Doc. 21) is **VACATED**.

1.    With the following exception, the parties must conform to the deadlines proposed in the case management report:

      Motions in limine — **NOVEMBER 15, 2018**

2.    The parties must adhere to Local Rule 3.06 and to the pretrial disclosure requirements in Rule 26(a)(3), Federal Rules of Civil Procedure.

3.    Under Local Rules 3.05(c)(2)(E) and 3.05(c)(3)(D), either a motion to amend a pleading or a motion to continue a hearing, the pretrial conference, or the trial is distinctly disfavored after issuance of this order.

4.    The parties must serve no more than twenty-five interrogatories, including sub-parts.

5.      The pretrial conference will occur before Magistrate Judge Amanda

Arnold Sansone in Courtroom 10B, United States Courthouse, 801 North Florida

Avenue, Tampa, on **DECEMBER 5, 2018 at 10:00 A.M.**

> A DISCOVERY DISPUTE FOR WHICH THE PARTIES
> SEEK JUDICIAL RESOLUTION MUST BE
> ADDRESSED AT OR BEFORE THE PRETRIAL
> CONFERENCE, NOT AT TRIAL. THE PARTIES MAY
> AGREE ON ANY DISCOVERY MATTER, BUT,
> UNLESS ADDRESSED AT THE PRETRIAL
> CONFERENCE, EACH PARTY ASSUMES THE RISK
> OF NON-COMPLIANCE BY THE OTHER PARTY.

6.      The lead trial counsel must attend the pretrial conference.

7.      A **jury** trial will occur in Courtroom 15A, United States Courthouse,

801 North Florida Avenue, Tampa, during the **JANUARY 2019** trial term.

8.      At least five days before the monthly trial term, the parties must file:

(a)     a trial brief with citations of authority and with
        argument of the disputed issues likely to arise at
        trial;

(b)     a concise (preferably one paragraph) joint
        statement of the action for presentation to the
        venire;

(c)     proposed jury instructions;

(d)     proposed verdict forms; and

(e)     proposed voir dire.

ORDERED in Tampa, Florida, on February 6, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

- 2 -