UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA L. GARRETT,

    Plaintiff,

v.                                            CASE NO. 8:17-cv-2874-T-23AAS

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES,

    Defendant.
_____/

## **ORDER**

The Board of Trustees moves (Doc. 65) to continue the dispositive and *Daubert* motion deadline, the pretrial conference, and the trial. Stating that Garrett failed to produce text messages and a recording of a meeting, the Board moved (Doc. 49) on August 31, 2018, the last day of discovery, to compel the production of text messages, to re-open Garrett's deposition, and to examine Garrett's computer and cell phone. A September 14, 2018 order (Doc. 57), granting in part the Board's motion to compel, allows the Board to re-open Garrett's deposition after the production of the text messages. Garrett represents that she will produce the text messages on September 28, 2018, which is the deadline for dispositive and *Daubert* motions. The Board requests an extension of the deadline for dispositive and *Daubert* motions until November 9, 2018, to permit the Board to receive the transcript of Garrett's re-opened deposition and to brief fully the dispositive and *Daubert* motions.

Garrett does not oppose an extension of the deadline for dispositive and *Daubert* motions but opposes an indefinite continuance of the trial.

The motion to continue (Doc. 65) is **GRANTED IN PART**.  No later than **November 9, 2018**, the parties must submit the dispositive and *Daubert* motions.  The pretrial conference is **CONTINUED** to **January 11, 2019, at 10:00 a.m.**  The trial is **CONTINUED** to the February 2019 trial calendar.

ORDERED in Tampa, Florida, on October 2, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE