**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SAMANTHA L. GARRETT,

    Plaintiff,

v.                        CASE NO: 8:17-cv-2874-T-23AAS

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES,

    Defendant.
_____/

**DEFENDANT'S MOTION FOR**
**PERMISSION TO EXCEED PAGE LIMIT**

Defendant, University of South Florida Board of Trustees ("Defendant"), through its undersigned counsel and pursuant to Local Rule 3.01(d), hereby requests leave to file a Motion for Summary Judgment in excess of twenty-five (25) pages. Specifically, Defendant respectfully requests that the Court allow Defendant to file a Motion for Summary Judgment and Memorandum of Law of up to thirty-five (35) pages. The grounds for this motion are more fully set forth in the accompanying memorandum of law.

**MEMORANDUM OF LAW**

On November 30, 2017, the Plaintiff filed her Complaint (Dkt. No. 1), which is 41 pages in length, asserting three claims against Defendant in violation of Title IX of the Education Amendments Act of 1972. The Court has dismissed one of the claims as redundant. (See Order (Dkt. No. 35)). Throughout the course of the case, a substantial amount of discovery has been conducted, including numerous depositions and significant document production. During discovery, over 5,000 pages of documents have been produced, with the

Plaintiff producing 2,313 pages, including 457 pages of text messages. Moreover, the Plaintiff further elaborated on her allegations during her three days of deposition, the transcripts of which, combined, are more than 400 pages. In addition to the Plaintiff's depositions, a total of 7 additional depositions were taken in this case.

The dispositive motion deadline is November 9, 2018, and the Defendant has prepared a draft of the motion seeking summary judgment on all of the Plaintiff's claims. In doing so, it has become evident that the Defendant cannot adequately address all of Plaintiff's allegations and numerous undisputed facts in the page limit imposed by Local Rule 3.01(d). Accordingly, the Defendant needs additional pages to properly address all of the issues in a dispositive motion.

If the Defendant is restricted to the page limit provided in Local Rule 3.01(d), its defense will be severely constrained in light of the manner in which the Plaintiff has chosen to litigate this case. These additional pages will allow the Defendant to present a thorough argument and assist the Court in understanding the numerous undisputed facts in this action. The Defendant is sensitive to the Court's heavy workload and does not make this request lightly. It believes that these additional pages are necessary and will, in the end, allow the Court to more expeditiously resolve this matter. Furthermore, although the Defendant is seeking permission to file a motion up to 35 pages in length, it will endeavor to be as concise as possible, without sacrificing clarity, and file a motion less than 35 pages.

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that counsel for the Defendant has conferred with counsel for the Plaintiff regarding the relief requested herein. Plaintiff responded as follows: "We agree to your additional pages if you will agree to an additional 5-10 pages for our response. We obviously won't know the necessity of additional pages until we have an opportunity to review your motion."

## CONCLUSION

Based upon the foregoing, the Defendant respectfully requests that the Court grant it leave to file a Motion for Summary Judgment not to exceed thirty-five (35) pages in length.

DATED this 7th day of November, 2018.

                                              Respectfully submitted,

                                              */s/ Thomas M. Gonzalez*
                                              Thomas M. Gonzalez
                                              Florida Bar No. 192341
                                              Sacha Dyson
                                              Florida Bar No. 509191
                                              Thompson, Sizemore, Gonzalez
                                              & Hearing, P.A.
                                              Street: 201 North Franklin Street, Suite 1600
                                              Tampa, Florida 33602
                                              Mail: Post Office Box 639
                                              Tampa, Florida 33601
                                              Telephone: 813-273-0050
                                              tgonzalez@tsghlaw.com
                                              sdyson@tsghlaw.com

                                              and

                                              Joanne M. Adamchak
                                              Florida Bar No. 943037
                                              Associate General Counsel
                                              Office of the General Counsel
                                              University of South Florida

4202 E. Fowler Avenue, CGS 301  
Tampa, FL  33620-4301  
Telephone: 813-974-2131  
jadamcha@usf.edu  
Attorneys for the Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this <u>7th</u> day of November, 2018, by CM/ECF electronic filing to the Clerk of Court and to the following:

Michael T. Dolce  
Cohen Milstein Sellers & Toll, PLLC  
2925 PGA Blvd., Suite 200  
Palm Beach Gardens, FL 33410  
mdolce@cohenmilstein.com  
Attorney for the Plaintiff

<i>/s/ Thomas M. Gonzalez</i>  
Attorney

4